UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-217

| | |
|---|---|
| ERIK SYVERSON,<br><br>Plaintiff,<br><br>v.<br><br>RAINES FELDMAN, LLP; MILES FELDMAN; JONATHAN LITTRELL; RICHARD DECKER; ANDREW RAINES; ROBERT PARDO; and JOHN DOE 1-10,<br><br>Defendants. | **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Raines Feldman, LLP, Miles Feldman, Jonathan Littrell, Richard Decker, Andrew Raines, and Robert Pardo (collectively, "Defendants"), by and through undersigned counsel, hereby remove this action from the Superior Court Division of the North Carolina General Court of Justice, in and for Orange County, to the United States District Court for the Middle District of North Carolina. In support thereof, Defendants state as follows:

## I. Removal is Timely

1. This case was filed in the Superior Court Division of the North Carolina General Court of Justice, in and for Orange County, North Carolina, on February 18, 2019 under the name and style of *Erik Syverson v. Raines Feldman, LLP et al*, 19 CVS

245. Because Orange County is situated within this District, this is the proper venue for removal. 28 U.S.C. § 1446(a).

2. Defendant Jonathan Littrell was served with process on February 20, 2019. Although none of the other Defendants have been served with process, each hereby waives such service and joins in this removal.

3. Accordingly, Defendants' time to remove has not yet expired.

## II. Amount in Controversy

4. This case involves claims by a disgruntled ex-employee against Raines Feldman, LLP and various individuals associated with that law firm.

5. The Complaint demands damages in excess of $75,000.00. (Ex. A at 10.) Defendants deny liability. Accordingly, the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a).

## III. Diversity of Citizenship

6. Plaintiff Erik Syverson is, and at the time his Complaint was filed was, a citizen and resident of Orange County, North Carolina. (Ex A ¶ 1.)

7. Defendant Raines Feldman, LLP is a limited liability partnership organized under the laws of the State of California. A complete list of the firm's partners is, and at the time Plaintiff's Complaint was filed was: Andrew Raines, Jonathan Littrell, Miles Feldman, Robert Pardo, Laith Mosley, Eric Blum, and John Cha.

8. Defendant Miles Feldman is a citizen and resident of California.

9. Defendant Jonathan Littrell is a citizen and resident of California.

10. Defendant Richard Decker is a citizen and resident of California.

11. Defendant Andrew Raines is a citizen and resident of California.

12. Defendant Robert Pardo is a citizen and resident of California.

13. Non-party Laith Mosley is a citizen and resident of California.

14. Non-party Eric Blum is a citizen and resident of California.

15. Non-party John Cha is a citizen and resident of California.

16. No Defendant and no non-party partner of Defendant Raines Feldman has changed his or its state of citizenship since Plaintiff's Complaint in this matter was filed.

17. Because there is, and at the time the Complaint was filed was, complete diversity of citizenship between the parties and the amount in controversy threshold is satisfied, this Court would have original jurisdiction pursuant to 28 U.S.C. § 1332(a).

## IV. Procedural Compliance

18. Pursuant to 28 U.S.C. § 1446(d), notice of this removal will promptly be filed with the clerk of the Superior Court for Orange County.

19. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint is attached as **Exhibit 1** to this Notice. A copy of summons served on Defendants Littrell is attached as **Exhibit 2**. No other process, pleadings, or orders have been served on Defendants in the state court action.

## CONCLUSION

WHEREFORE, Defendants hereby remove this action to the United States District Court for the Middle District of North Carolina.

Dated: February 25, 2019

*/s/ Kurt D. Weaver*
Kurt D. Weaver (N.C. Bar No. 27416)
Ryan H. Niland (N.C. Bar. No. 49430)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: 919-755-8163
Email: Kurt.Weaver@wbd-us.com
Ryan.Niland@wbd-us.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on February 25, 2019, a copy of the foregoing ***Notice of Removal*** was served on Plaintiff by hand delivery, and by United States Postal Service Priority Mail Overnight Delivery, postage prepaid and addressed as follow:

Erik Syverson
101 Painted Turtle Lane
Chapel Hill, NC 27516
*Pro Se Plaintiff*

*/s/ Kurt D. Weaver*
Kurt D. Weaver (N.C. Bar No. 27416)
Ryan H. Niland (N.C. Bar. No. 49430)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: 919-755-8163
Email: Kurt.Weaver@wbd-us.com
Ryan.Niland@wbd-us.com

*Attorneys for Defendants*